# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT VISCONTI, | : | Case No. 1:20-cv-00818 |
| | : | |
| Plaintiff, | : | District Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| -vs- | : | |
| | : | |
| MAILENDER, INC., | : | |
| | : | **STIPULATED DISMISSAL** |
| Defendant. | : | **WITH PREJUDICE** |

Pursuant to the terms of the parties' settlement agreement and Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of all claims contained in this case *with prejudice*. Each party will bear his or its own costs.

| Attorney for Plaintiff: | Attorney for Defendant: |
|---|---|
| /s/ George M. Reul, Jr. | /s/ Theresa L. Nelson (via e-mail auth.) |
| George M. Reul, Jr. (0069992) | Theresa L. Nelson (0072521) |
| FREKING MYERS & REUL LLC | Lead Trial Counsel |
| 600 Vine Street, 9th Floor | GRAYDON HEAD & RITCHEY, LLP |
| Cincinnati, OH  45202 | 312 Walnut Street, 18th Floor |
| PH: 513/721-1975 - FX: 513/651-2570 | Cincinnati, Ohio 45202-4018 |
| *greul@fmr.law* | Telephone: (513) 629-2720 |
| | Facsimile: (513) 241-8259 |
| | *tnelson@graydon.law* |